FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0456

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0456

---

IN RE THE MARRIAGE OF:

GAIL P. CHRISTENSEN,

     Petitioner and Appellee,

                                        O R D E R

  v.

CHRIS A. CHRISTENSEN,

     Respondent and Appellant.

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on January 21, 2025, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) requires an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support." The appellant's opening brief does not contain an appendix. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained

in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
January 22 2025